UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-60359-ALTMAN/Hunt

**ALBERTO PEREZ, CREAH FISHLEY,**
**and KATY CARR,** *on behalf of themselves and*
*on behalf of all others similarly situated*,

    *Plaintiffs*,

v.

**MEDNAX SERVICES, INC.,**

    *Defendant.*
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiffs filed a Stipulation of Dismissal with Prejudice [ECF No. 22] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 17, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record